United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASNA AKTHER,<br>Plaintiff,<br>v.<br>RICHARD A. HAYES,<br>Defendant. | Case No. 26-cv-07139-TSH<br><br>**ORDER RE: MOTION TO AMEND**<br>Re: Dkt. No. 6 |

Pending before the Court is Plaintiff Hasna Akther's motion for leave to file a first amended complaint. ECF No. 6. Plaintiff has not previously amended her complaint, and Defendant Richard Hayes has neither appeared nor served a responsive pleading or a motion under Federal Rule of Civil Procedure 12.

Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or within 21 days after service of a responsive pleading or motion under Rule 12. Because Plaintiff has not previously amended her complaint and no responsive pleading or qualifying Rule 12 motion has been served, Plaintiff may file a first amended complaint as a matter of course. She therefore does not require leave of Court. Plaintiff shall file her first amended complaint as a separate docket entry. Once filed, the amended complaint will supersede the original complaint and become the operative pleading. *See Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) ("[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect."). Plaintiff shall serve the first amended complaint in accordance with Federal Rules of Civil Procedure 4 and 5, as applicable.

United States District Court
Northern District of California

The Clerk of Court shall terminate Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: August 26, 2026

THOMAS S. HIXSON
United States Magistrate Judge