UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HASNA AKTHER,
Plaintiff,

v.

RICHARD A. HAYES,
Defendant.

Case No. 26-cv-07139-TSH

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 10

Plaintiff Hasna Akther, who is self-represented, brings this action against Defendant Richard A. Hayes. ECF No. 1. On August 28, 2026, Akther filed the operative First Amended Complaint ("FAC").[1] ECF No. 8.

Pending before the Court is Hayes's Motion to Dismiss Akther's Complaint under Federal Rule of Civil Procedure 12(b)(6). ECF No. 10 ("Mot."). Hayes moves to dismiss the original Complaint. Mot. at 3. However, the Motion is moot as it was filed after Akther filed her FAC.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Hayes's Motion to Dismiss.[2] Hayes shall file a response to the FAC within fourteen days of this order.

**IT IS SO ORDERED.**

Dated: October 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge

[1] The parties filed a joint case management statement on October 8, 2026. ECF No. 16. The statement erroneously states: "Plaintiff has also filed a Motion for Leave to File a First Amended Complaint, which remains pending." *Id.* at 5. On August 26, 2026, the Court explained that Akther may file a FAC as a matter of course. ECF No. 7. Akther then filed her FAC. ECF No. 8.

[2] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 2, 10-2.

United States District Court
Northern District of California